UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. ELY,<br>      Petitioner,<br>  v.<br>LINDA T. McGREW, Warden,<br>      Respondent. | NO. CV 12-5266-JFW (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 12, 2014

_____
JOHN F. WALTER
United States District Judge